```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
WILLIAM J. O'REILLY,

                Plaintiff,                          ORDER

          - against -                          21 Civ. 6374 (NRB)

ANDREA MACKRIS,

                Defendant.
------------------------------------X
```
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

**WHEREAS** both parties have filed letters addressing the scheduling of defendant's motion to dissolve the temporary restraining order obtained by the plaintiff; it is hereby

**ORDERED** that the parties shall abide by the following schedule:

1. Plaintiff shall file his opposition to defendant's motion on or before Friday, July 30, 2021 at noon;

2. Defendant shall file her reply in support of her motion on or before Monday, August 2, 2021 at 9 AM; and

3. Oral argument shall be held telephonically on Tuesday, August 3, 2021 at 2 PM.

Dated:    New York, New York
          July 28, 2021

                                    _____
                                    NAOMI REICE BUCHWALD
                                    UNITED STATES DISTRICT JUDGE