```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
WILLIAM J. O'REILLY,

                Plaintiff,                        ORDER

        - against -                               21 Civ. 6374 (NRB)

ANDREA MACKRIS,

                Defendant.
----------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

**WHEREAS** on July 16, 2021, the plaintiff filed a Petition for an injunction in aid of arbitration in the Supreme Court of the State of New York, Nassau County; and

**WHEREAS** on July 27, 2021, the defendant filed a Notice of Removal to the District Court for the Southern District of New York; and

**WHEREAS** the removal was in violation of 28 U.S.C. § 1441(a), as the defendant herself acknowledged in her Notice of Removal; and

**WHEREAS** the defendant has consented to a remand to the Supreme Court of the State of New York, Nassau County; it is hereby

**ORDERED** that the case is remanded to the Supreme Court of the State of New York, Nassau County.

Dated:     New York, New York
           July 30, 2021

                                   _____
                                   NAOMI REICE BUCHWALD
                                   UNITED STATES DISTRICT JUDGE